(xv)(A)  The amount proposed to be paid for services for the 30 day period following the filing of the Chapter 11 petition for officers, directors and senior management is $13,14 0.

(xv)(B)  Not applicable.

(xv)(C)  Not applicable.

(xvi)  A schedule for the thirty (30) day period following the filing of the Chapter 11 petition of estimated cash receipts and disbursements, together with an accounts receivables aging report have been annexed hereto as Exhibit "A".

(xvii)  Not applicable.

By:  */s/Christopher Antonacci*
President

Sworn to before me this
12th day of April, 2013

*/s/Kathleen Janssen*
Notary Public
Kathleen Janssen
Notary Public - State of New York
No.:   01JA6130955
Commissioned in Suffolk County, New York
Commission Expires: July 25, 2013